IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR106 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER VALENZUELA-SOTO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 21). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Wednesday, August 29, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 23rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court